
Keith M. Lundin
U.S. Bankruptcy Judge
Dated: 7/12/2013



TW

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | CASE NO. 12-03002-KL3-13 |
| SANDRA ELIZABETH BENEDICT | 07/11/13 |
| 2937 KINWOOD DR | |
| ANTIOCH, TN 37013 | |
| SSN XXX-XX-1632 | |

**ORDER AND NOTICE TO MODIFY CHAPTER 13 PLAN TO MODIFY CONTINUING PAYMENT PURSUANT TO PARAGRAPH 4(d)(iii) OF CONFIRMATION ORDER**

It appearing to the Court that the Order confirming the Debtors chapter 13 plan provides for the maintenance and cure of a long term payment pursuant to section 1322(b)(5) and that the plan specifically authorizes the court to alter the maintenance payments based upon the notice by the trustee that the underlying contract authorizes such modification without the necessity of hearing,

It further appears that, by submission of this order the Trustee has submitted such notice, it is therefore

ORDERED that the Debtors plan be amended as follows:

The continuing **mortgage** payment made to **MIDFIRST BANK** shall increase from **$1,126.00 to $1,147.66** beginning with the **07/13** disbursement.

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

NOTICE TO:

SANDRA ELIZABETH BENEDICT  2937 KINWOOD DR, ANTIOCH, TN 37013

CLARK AND WASHINGTON PC  237 FRENCH LANDING DR, NASHVILLE, TN 37228

MIDFIRST BANK 999 NW GRAND BLVD STE 100, OKLAHOMA CITY, OK 73118

WEISS AND SPICER  208 ADAMS AVE,  MEMPHIS, TN 38103

**AFFECTED CREDITORS**

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:12-bk-03002    Doc 40    Filed 07/12/13    Entered 07/12/13 11:31:33    Desc Main
Document      Page 1 of 1