# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  
SANDRA ELIZABETH BENEDICT  
2937 KINWOOD DR  
ANTIOCH, TN  37013

Case No.12-03002-KL3-13  
JUDGE KEITH M LUNDIN

KM

SSN XXX-XX-1632                           07/24/2013

## MOTION TO DISMISS FOR FAILURE OF DEBTOR(S) TO FUND PLAN

  The Trustee in this case states that the debtor is in material default with respect to the terms of the plan as confirmed by this Court in that the payments by or for the debtor to the Trustee have not been made as proposed.
  The confirmed plan required the debtor(s) to pay the Trustee as follows:

**$1,974.50 MONTHLY**

The records of the Trustee show receipts from the debtor(s) in the past three months as follows:

**[05/21/2013            2,050.00]**

  Wherefore the Trustee moves that the subject case be dismissed pursuant to 11 U.S.C. 1307(c)(6).

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 340019  
NASHVILLE, TN  37203  
PHONE:  615-244-1101  
FAX:  615-242-3241  
pleadings@ch13nsh.com

## CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of the foregoing has been served by US Postal Service, postage prepaid on SANDRA ELIZABETH BENEDICT, 2937 Kinwood Dr, Antioch, TN 37013 and CLARK AND WASHINGTON PC,237 French Landing Dr, Nashville, TN 37228; on this 24th day of July, 2013.

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
Chapter 13 Trustee