
**Keith M. Lundin**
U.S. Bankruptcy Judge
Dated: 8/30/2013



BB

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  12-03002-KL3-13

SANDRA ELIZABETH BENEDICT
2937 KINWOOD DR                                                          8/29/2013
ANTIOCH, TN 37013

SSN XXX-XX-1632

### AGREED ORDER ALLOWING PLAN TO CONTINUE AND
### PLACING DEBTOR(S) ON PROBATION

It appears to the Court that the Trustee has filed a Motion To Dismiss the above-styled case due to the failure of the debtor(s) to make payments as required by the Chapter 13 plan previously confirmed by the Court. It further appears to the Court that the Trustee and the debtor(s) have agreed to allow the plan to continue. It is therefore

ORDERED, that the Trustee's Motion To Dismiss is denied; it is further

ORDERED, that the Debtor(s) shall forward all tax refunds received subsequent to this order to the trustee for application to the plan; it is further

ORDERED, that the Debtor(s) shall attend a Financial Management Class; it is further

ORDERED, that it is the obligation of the debtor(s) to make all future payments in accordance with the confirmed Chapter 13 plan and that should the debtor(s) fail to make any payment as required, or fail to implement electronic payments through the TFS System no later than 7 days from the entry of this order, this case will be dismissed upon filing of notice by the Trustee, without further hearing.

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.

AGREED TO:

/s/ CHARLES CAUDILL
_____
CLARK AND WASHINGTON PC
ATTY FOR THE DEBTOR
237 FRENCH LANDING DR
NASHVILLE, TN 37228
PHONE NO. 615-251-9782
vhann@cw13.com
FAX NO. 615-494-5842

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.