
**Keith M. Lundin**
**U.S. Bankruptcy Judge**
Dated: 9/4/2013



AMA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  
SANDRA ELIZABETH BENEDICT  
2937 KINWOOD DR  
ANTIOCH, TN 37013  

CASE NO. 12-03002-KL3-13  
09/03/2013

SSN XXX-XX-1632

## ORDER DIRECTING INTERNAL REVENUE SERVICE
## TO TRANSMIT REFUNDS TO THE TRUSTEE

The above debtor(s) having filed a voluntary petition for relief in this court pursuant to Chapter 13 of Title 11 of the United States Bankruptcy Code and further, as a provision of their Chapter 13 plan, having dedicated any tax refunds to which such debtor(s) may be entitled to fund such plan and this court, being vested with the authority to direct such refunds be paid to the Trustee pursuant to 11 U.S.C. §1325(C) and 11 U.S.C. 105, it is therefore:

Ordered that the Internal Revenue Service transmit and pay to the standing Chapter 13 Trustee:

HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 340019  
NASHVILLE, TN 37203  
615-244-1101  
pleadings@ch13nsh.com

Any and all tax refunds to which the debtor(s) might be entitled pending further orders of the court.

CENTRALIZED INSOLVENCY OPERATION  
P O BOX 7346  
PHILADELPHIA PA 19101-7346

APPROVED BY:

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 340019  
NASHVILLE, TN 37203  
PHONE: 615-244-1101  
FAX: 615-242-3241  
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.